No. 2947. Land Mortgage &c. Company *v.* Williams. November Term, 1891. This was a petition for a rehearing of the decision rendered by this court, *ante* 367. The ground of the petition was that the answer made a specific denial of the allegation of incorporation, and that this court erred in not so finding.

April 26, 1892. The following order was passed

Per Curiam. We see nothing in this petition tending to show that any material fact or principle of law has either been overlooked or disregarded, and therefore there is no ground for a rehearing. It is ordered, that the petition be dismissed.

No. 2963. Munro *v.* Long. November Term, 1891. This was a petition for the rehearing of the decision by this court to be found on pages 358–361 of this volume. The petition was refused Per Curiam June 15, 1892, by an order in the usual form in such cases.